FILED IN OPEN COURT
ON __10/8/15__ JH
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-281-UA(3)

IN RE:                                    )
                                          )
                                          )
SEVENTEEN-COUNT                           )    ORDER TO SEAL
INDICTMENT PRESENTED ON                   )    INDICTMENT
OCTOBER 6, 2015                           )

Upon motion of the United States, it is hereby ORDERED that the

Indictment in the above-captioned case, returned by the Federal Grand

Jury on October 6, 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the

Indictment for the purposes of issuing arrest warrants for the

defendant and to provide copies of the Indictment to the United States

Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the

captioned Indictment upon motion of the United States Attorney or

upon the expiration of thirty (30) days, whichever event occurs

first.

This the _8th_ day of _October_, 2015.

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE