UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-281-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| SANTIAGO DE LA TORRE | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that this case be unsealed. The clerk is directed to unseal the case.

This the 22 day of October, 2015.

TERRENCE W. BOYLE
United States District Judge