UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-281-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SANTIAGO DE LA TORRE ) | |

Upon motion of the United States, for good cause shown and for reasons stated in the motion to transfer, it is hereby ORDERED that the defendant be transferred to the Eastern District of North Carolina and held in the custody of the United States Marshal until such time as the pretrial release order issued by United States Magistrate Judge Susan E. Cox can be reviewed by this Court.

This __27__ day of October 2015.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE