PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Santiago De La Torre                                    Docket No. 5:15-CR-281-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Santiago De La Torre, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 9th day of December, 2015. The Honorable Terrence W. Boyle, U.S. District Judge, affirmed the decision on the 10th day of December, 2015, at which time the defendant was released to supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is under pretrial supervision with the U.S Probation Office in the Northern District of Illinois. Upon meeting with the probation officer, De La Torre advised he consumes an excessive amount of alcohol and desires to participate in substance abuse treatment. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that conditions of release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                       is true and correct.

/s/ Michael C. Brittain                                /s/ Julie Wise Rosa
Michael C. Brittain                                    Julie Wise Rosa
Senior U.S. Probation Officer                          U.S. Probation Officer
                                                       310 New Bern Avenue, Room 610,
                                                       Raleigh, NC 27601-1441
                                                       Phone: 919-861-8675
                                                       Executed On: January 8, 2016

### ORDER OF THE COURT

Considered and ordered the  11  day of  January  , 2016, and ordered filed and made part of the records in the above case.

Terrence W. Boyle
U.S. District Judge